# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTSLIABILITY LITIGATION | MDL No. 17-md-2768-IT |
| | 1:19-cv-10607 |
| This Document Relates To: | |
| VICKI MITCHELL, DOUG MITCHELL | |
| Plaintiffs, | |
| v. | |
| HOWMEDICA OSTEONICS CORP. | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF SERVICE OF PROCESS

I HEREBY CERTIFY that the Summons on Civil Action and Short Form Complaint were served by email at LFITV40MDL_HOCeservice@shb.com on May 20, 2019 to HOWMEDICA OSTEONICS CORP c/o Shook, Hardy & Bacon, L.L.P.

I HEREBY CERTIFY that on this 20th day of May, 2019, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ P. Alexander Gillen*
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**P. ALEXANDER GILLEN**
Florida Bar No.: 0470724
NEWSOME MELTON
201 South Orange Avenue, Suite 1500,
Orlando, Florida 32801

Telephone: (407) 648-5977  
Facsimile: (407) 648-5282  
*Attorneys for Plaintiff*  
*Emails for service:*  
<u>Gillen@newsomelaw.com</u>  
<u>Sucharski@newsomelaw.com</u>  
<u>Cardosa@newsomelaw.com</u>

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICKI MITCHELL, ET AL.** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:19-CV-10607-IT** |
| **STRYKER CORPORATION OF MICHIGAN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Howmedica Osteonics Corp.
> c/o Shook, Hardy & Bacon, L.L.P
> LFITV40MDL_HOCeservice@shb.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Richard Nici**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-05-17 15:57:31.0, Clerk USDC DMA

Civil Action No.: **1:19−CV−10607−IT**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Howmedica Osteonics Corp.</u> was received by me on (date) <u>5/20/19</u>.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there, on
(date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) <u>LFITV40MDL_HOCeservice@shb.com</u> , who is designated by law to accept service of process on behalf of (name of organization) <u>Howmedica Osteonics Corp.</u> on (date)<u>5/20/19</u>; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

<u>5/20/19</u>
Date

_Server's Signature_

<u>P. Alexander Gillen, Attorney</u>
*Printed name and title*

<u>Newsome/Melton, 201 S. Orange Ave, Ste 1500,
Orlando, FL 32801</u> *Server's Address*

Additional information regarding attempted service, etc:

# Olivia Cardosa

**From:** LFITV40MDL_HOCeservice <LFITV40MDL_HOCeservice@shb.com>
**Sent:** Monday, May 20, 2019 2:55 PM
**To:** Olivia Cardosa
**Subject:** RE: SERVICE OF COURT DOCUMENTS 1:19-cv-10607 Vicki Mitchell and Doug Mitchell v. Howmedica Osteonics Corp.

Your email has been received.

Thank you

Mail Gate made the following annotations on Mon May 20 2019 13:54:41

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.